1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JS-6

| MELVIN HARMON, | CASE NO. 2:10-cv-5714-PA (AGRx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL |
| vs. | |
| LOCKHEED MARTIN CORPORATION; KAREN HANNIGAN; AND DOES 1-25, INCLUSIVE, | Complaint Filed: January 21, 2010<br>Trial: July 19, 2011 |
| Defendants. | The Honorable Percy Anderson |

1
2
## [~~PROPOSED~~] ORDER

3       Based on the Stipulation of Dismissal With Prejudice filed on April 21,
4  2011, and upon a finding of good cause, the Court hereby orders:
5
6       The above referenced matter is dismissed with prejudice.
7
8       Each party will bear its own attorneys' fees and costs.
9
10      IT IS SO ORDERED.
11
12
13  Dated: 4/22/11
                                        _____
14                                      PERCY ANDERSON
                                        United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 2:10-cv-5714-PA (AGRx)                     [PROPOSED] ORDER DISMISSING
                                    - 1 -           ACTION WITH PREJUDICE
LEGAL_US_W # 67816572.1